UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeff Seipel and Tom Vevea, as Trustees of the Minnesota Laborers Health and Welfare Fund and Minnesota Laborers Pension Fund; James Brady and Keith Kramer, as Trustees of the Minnesota Laborers Vacation Fund; Tom Vevea and Gary Reed, as Trustees of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota; and Ronald Thornburg and Chris Born, as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust; and each of their successors, <br><br>        Plaintiffs,<br>vs.<br><br>SOMERRIS, INC.,<br><br>        Defendant. | Civil File No. 08-5493 RHK/JJK <br><br><br><br><br><br><br><br><br><br><br><br><br><br>**ORDER FOR THE**<br>**ENTRY OF JUDGMENT** |

The parties to this matter have filed with the Court a Stipulation for the Entry of Judgment, which has been properly executed by the Parties and their counsel. Now therefore, pursuant to that Stipulation:

**IT IS ORDERED**:

    1.    That in full and final disposition of this action judgment in the amount of $45,525.26 shall be entered against Defendant Somerris, Inc. in favor of the Plaintiffs. Each party shall bear its own costs in this action.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 19, 2010					BY THE COURT:


							s/Richard H. Kyle
							The Honorable Richard H. Kyle
							United States District Court Judge